UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYNE DEE WELLS Jr.,

　　　　　　　Plaintiffs,

　　v.

CORRECTIONAL OFFICER JAMES McLEAN,

　　　　　　　Defendant.

Case No. C10-5097RJB

ORDER ADOPTING A REPORT AND RECOMMENDATION

　　This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 22), Plaintiff's Motion for Sanctions (Dkt. 24), and Plaintiff's Motion for Appointment of Counsel (Dkt. 25). This Court has reviewed the Report and Recommendation, objections to the Report and Recommendation, the motions, responses to the motions, and the remaining record.

　　The facts are recited in the Report and Recommendation (Dkt. 24, at 1-2) and are adopted here by reference. This opinion will first address Plaintiff's motions and then the Report and Recommendation.

　　A.　Motion for Appointment of Counsel

　　Plaintiff moves for appointment of counsel. Dkt. 25. This is his second motion for appointment of counsel. Dkt. 10. A district court may appoint counsel to represent an indigent

ORDER - 1

civil litigant in exceptional circumstances.  *See* 28 U.S.C. § 1915 (e).  "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits [and] the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved.'"  *Wilborn v. Escalderon,* 789 F.2d 1328, 1331 (9th Cir. 1986)(*internal quotations omitted*).

   Plaintiff has made no showing that he is likely to succeed on the merits.  Plaintiff has demonstrated that he can sufficiently articulate his claims *pro se* in light of the complexity of the legal issues involved.  Plaintiff's motion for appointment of counsel (Dkt. 25) should be denied.

B.  Motion for Sanctions

Plaintiff moves for sanctions under Fed. R. Civ. P. 37(a), arguing that Defendants have failed to provide answers to requests for admissions.  Dkt. 24.  Plaintiff's motion should be denied.  First, he fails to show that he served Defendant with a copy of the requests for admissions.  Secondly, he has not moved for an order to compel the discovery pursuant to Fed. R. Civ. P. 37.  Lastly, he has made no showing that he has made an effort to confer in good faith with Defendant regarding the subject discovery as is required under Western District of Washington Local Rule of Civil Procedure 37 (a)(1)(A).  Plaintiff's Motion for Sanctions (Dkt. 24) should be denied.

C.  Report and Recommendation

The Report and Recommendation recommends dismissal of this Section 1983 action with prejudice for failing to exhaust administrative remedies.  Dkt. 24.  Plaintiff files objections, contends this prior declaration where he acknowledges receipt of the response to his level II grievance was not accurate, and that he now believes that he did not receive the response.  Dkt. 23.  Despite his prior testimony, he now urges the Court to force the Defendants to show that

ORDER - 2

they complied with their own policy and provided a response to his level II grievance. *Id.* Plaintiff's argument is without merit. Defendants filed the Declaration of Donald Frederick, in which Defendants state that they responded to Plaintiff's level II grievance. Dkt. 12-2, at 5. Plaintiff has acknowledged he received the response, and only now that he faces dismissal does he change his version of events. Plaintiff's objection is not a valid basis to reject the Report and Recommendation. Plaintiff additionally argues that the prison officials should have extended his time to file a level III grievance or told him in writing "that the time had been extended." Dkt. 23, at 2. Plaintiff cites no authority for this proposition. The Report and Recommendation should be adopted and the case dismissed with prejudice.

Accordingly it is hereby **ORDERED**:

1. Plaintiff's Motion for Appointment of Counsel (Dkt. 25) is **DENIED**; Plaintiff's Motion for Sanctions (Dkt. 24) is **DENIED**;

2. The Court **ADOPTS** the Report and Recommendation (Dkt. 22);

3. This action is **DISMISSED WITH PREJUDICE** as Plaintiff cannot exhaust his claim.

4. The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 9th day of July, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 3