# United States District Court
WESTERN DISTRICT OF WASHINGTON

RAYNE DEE WELLS, JR.

        v.

CORRECTIONAL OFFICER JAMES McLEAN

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5097RJB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Appointment of Counsel (Dkt. 25) is **DENIED**; Plaintiff's Motion for Sanctions (Dkt. 24) is **DENIED**.

The Court **ADOPTS** the Report and Recommendation (Dkt. 22); and

This action is **DISMISSED WITH PREJUDICE**, as Plaintiff cannot exhaust his claim.


  July 12, 2010                                                     BRUCE RIFKIN
Date                                                                          Clerk

                                                                       *s/CM Gonzalez*
                                                                       Deputy Clerk