UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYNE DEE WELLS JR, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE MCLEAN. <br><br> Defendant. | CASE NO. C10-5097-RJB-JRC <br><br> ORDER TO PROVIDE ADDITIONAL BRIEFING. |

This 42 U.S.C. §1983 civil rights matter has been re-referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. The matter is on remand from the Ninth Circuit solely to determine if the dismissal in this action should be with or without prejudice.

The parties are ordered to submit briefing on this issue by March 16, 2012. The Clerk's Office should note the matter for consideration on the Court calendar for March 22, 2012.

Dated this 13th day of February, 2012.

J. Richard Creatura
United States Magistrate Judge