UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYNE DEE WELLS, Jr., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE MCLEAN, <br><br> Defendant. | CASE NO. C10-5097 RJB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation (Dkt. 46);

2. This action is DISMISSED WITHOUT PREJUDICE; and

3. The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

Dated this 27th day of April, 2012.

*(signature)*

ROBERT J. BRYAN
United States District Judge