UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYNE DEE WELLS, Jr.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE MCLEAN,<br><br>　　　　　Defendant. | CASE NO. C10-5097 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

　1.　The Court adopts the Report and Recommendation (Dkt. 46);

　2.　This action is DISMISSED WITHOUT PREJUDICE; and

　3.　The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

Dated this 27th day of April, 2012.

　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　United States District Judge